IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DENNIS DUMES, §<br>      Plaintiff §<br>§<br>VS. §<br>§<br>§<br>AMERICAN VALVE & HYDRANT §<br>MANUFACTURING COMPANY, §<br>      Defendant § | CIVIL ACTION _____<br><br>**JURY DEMANDED** |

## PLAINTIFF'S COMPLAINT AND JURY DEMAND

TO THE HONORABLE COURT:

Plaintiff, Dennis Dumes ("Dumes"), presents his Complaint and shows the Court the following:

## PARTIES

1. Dumes is a U.S. citizen residing in Beaumont, Texas.

2. Dumes was an employee of Defendant American Valve & Hydrant Manufacturing Company ("AVH") in Beaumont, Texas for 30 years.

3. Defendant AVH is a business entity with its headquarters in Beaumont, Texas.

4. AVH can be served through its registered agent National Registered Agents, Inc. 1999 Bryan St. Ste. 900 Dallas, Texas 75201-3136.

## JURISDICTION

5. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331. This is a suit authorized and instituted pursuant to the 42 U.S.C. § 1981; and seeks declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202.

6. This is a proceeding for declaratory judgment, injunctive relief, damages, compensatory damages, punitive damages, attorneys' fees, and other relief to secure the rights of Dumes. It is brought to prevent Defendant from maintaining a policy, practice, custom or usage of retaliating or discriminating actions against employees, including Dumes, for exercising their rights, under Title VII and from interfering with employees' rights under Title VII, and from discriminating against employees because of their race and from retaliating against persons who oppose discrimination because of race.

## BACKGROUND FACTS

7. Dumes was employed by AVH for over 37 years.

8. Dumes is a black male, who filed claims of racial discrimination against AVH.

9. In 2004, Dumes filed a racial discrimination lawsuit against AVH.

10. Dumes was injured on the job in October of 2019.

11. On September 23, 2020, Dumes was released by his physician to return to work on "light duty".

12. Dumes requested to return to work on "light duty".

13. Dumes' request for light duty was denied, while other employees were granted light duty assignments.

14. In September 2020, Dumes filed a grievance against AVH, alleging AVH refused to accommodate a light duty request to return to work because of his previous complaints of racial discrimination (union activity).

15. In 2004, AVH instituted a profit-sharing plan for "Eligible Retirees". "Eligible Retirees" included any eligible employee of the company who retired from the company due to disability after having completed a minimum of 20 years of service.

16. Under the plan, "disability" meant that the retiree had qualified to receive disability benefits under the Social Security Act.

17. This plan would give Retired Employees retirement benefits for 5 years following retirement.

18. On or about October 8, 2020, AVH through Pam Young its Human Resources representative informed Dumes that he would be removed from the AVH employment roster due to his failure to return to work.

19. On or about September 30, 2021, Barbara Barron, attorney for AVH, confirmed Dumes' qualification for the retiree profit sharing benefits plan.

20. On or about October 8, 2021, Young, in Human Resources notified Dumes that he qualified for benefits under AVH's "Retiree Profit Sharing Benefits Plan".

21. On or about November 1, 2021, through Barron, AVH advised Dumes that he would not receive the "profit sharing plan retirement pay" because he would not drop his grievance concerning discriminatory treatment due to race and in retaliation for opposing racial discrimination.

22. Dumes was subjected to retaliatory treatment because of his refusal to drop his grievance alleging racial discrimination. Such discriminatory conduct is actionable under § 1981.

23. Dumes refused to drop the grievance and was denied the retirement benefits provided to other similarly situated individuals.

## CAUSES OF ACTION

**Section 1981 Violations**

24. Dumes is black male who opposed unlawful discrimination.

25. Dumes' race, color, and retaliation were at least motivating factors in the decision to deny Dumes retirement bonus pay. If another legitimate non-discriminatory motive is proven, mixed motive exists.

26. The actions of AVH were knowing and intentional violations of Section 1981, or in reckless disregard of Section 1981, and Dumes' rights.

27. The acts, practices, and policies of AVH caused damage to Dumes in the form of back pay, interest on back pay, front pay, lost benefits and other compensatory or punitive damages, including attorney's fees, to which he is entitled under Section 1981.

**Declaratory and Injunctive Relief**

28. Dumes is entitled to a declaratory judgment, declaring Defendant's past practices herein complained of to be in violation of Section 1981. Dumes is also entitled equitable relief in the form of an injunction prohibiting Defendant from engaging in unlawful employment practices and reporting on the manner of compliance with the court order.

**Attorneys' Fees**

29. Dumes was required to retain the services of the undersigned attorneys to prosecute this cause. Under Section 1981 Dumes is entitled to a reasonable amount for attorneys' fees and expenses for all services rendered in this cause, including trial and appeal.

**JURY DEMAND**

30. Dumes requests a trial by jury.

WHEREFORE, Dumes requests that upon final trial, Dumes have judgment against Defendant for lost wages and benefits; compensatory, punitive and liquidated damages; attorney and expert fees and expenses; injunctive and declaratory relief; interest as provided by law; costs of suit; and any further relief to which Dumes may be entitled.

        Respectfully submitted,

        CARRIER GROUP, P.C.
        505 Orleans, Suite 505
        Beaumont, Texas 77701
        Tel: (409) 833-1119
        Fax: (409) 271-3690

        /s/ *Melody Carrier*
        Melody Carrier
        Texas Bar No. 00785096
        mcarrier@caflawgroup.com

        Marivious Allen
        Texas Bar No. 24126295
        mallen@caflawgroup.com
        *Attorneys for Plaintiff, Dennis Dumes*